# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2014

## NO. 03-12-00255-CV

**King Street Patriots, Catherine Engelbrecht, Bryan Engelbrecht and Diane Josephs, Appellants**

**v.**

**Texas Democratic Party; Gilberto Hinojosa, Successor to Boyd Richie, in His Capacity as Chairman of the Texas Democratic Party; John Warren, in His Capacity as Democratic Nominee for Dallas County Clerk; and Ann Bennett, in her Capacity as the Democratic Nominee for Harris County Clerk, 55th Judicial District, Appellees**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on March 27, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. We therefore order that the motion for rehearing filed by appellants is overruled; that the opinion and judgment dated October 8, 2014, are withdrawn; and that the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.